**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DANIEL KRUG, on his own behalf and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:15-cv-1354 |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ) ) ) ) | |
| Defendant. ) | |

**DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S
AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, American Family Mutual Insurance Company, by its counsel, hereby moves, pursuant to Fed. R. Civ. P. 6(b), for an extension of time to January 7, 2016, to answer or otherwise respond to Plaintiff's Class Action Complaint. In support of its motion, Defendant states:

1. Defendant's response to the Class Action Complaint, which was served on November 13, 2015, and removed to this Court on December 11, 2015, is due no sooner than December 18, 2015. That deadline has not yet expired.

2. Defendant has not sought any previous extension of time to respond to the Class Action Complaint.

3. Counsel for Defendant is traveling extensively over the next few weeks and reasonably needs a short extension of time to prepare an appropriate response.

4. Counsel for Defendant has conferred with Plaintiff's counsel, James Rosemergy, regarding the extension of time sought in this motion. Mr. Rosemergy advised counsel for Defendant that Plaintiff agrees to the extension.

WHEREFORE, Defendant American Family Mutual Insurance Company respectfully requests that this Court grant this agreed motion and enter an order extending the time to January 7, 2016, for Defendant to answer or otherwise respond to Plaintiff's Class Action Complaint.

Dated: December 11, 2015  Respectfully submitted,

/s/John A. Roberts
John A. Roberts (#6220432)
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive
Suite 4300
Chicago, IL 60606
Tel: (312) 212-6500
Fax: (312) 212-6501
john.roberts@faegrebd.com

*Attorneys for Defendant American Family Mutual Insurance Company*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of December, 2015, I electronically filed the foregoing **DEFENDANT AMERICAN FAMILY MUTUAL INSURANCE COMPANY'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system and e-served same to the following:

                James J. Rosemergy
                CAREY, DANIS, & LOWE
                8235 Forsyth, Suite 1100
                St. Louis, MO 63105
                Phone: (314) 725-7700
                FAX: (314) 721-0905
                jrosemergy@careydanis.com

                *Attorney for Plaintiff*

        By:    /s/     John A. Roberts
                John A. Roberts (#6220432)
                FAEGRE BAKER DANIELS LLP
                311 South Wacker Drive
                Suite 4300
                Chicago, IL 60606
                Tel: (312) 212-6500
                Fax: (312) 212-6501
                john.roberts@faegrebd.com

                *Attorneys for Defendant American Family Mutual Insurance Company*