UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DANIEL KRUG, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:15-cv-1354<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S MOTION TO TRANSFER VENUE

Defendant, American Family Mutual Insurance Company (hereinafter "American Family"), hereby moves pursuant to 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Northern District of Illinois, for the convenience of the parties and witnesses and in the interest of justice, for the reasons set forth in the Defendant's Memorandum in Support of Motion to Transfer.

WHEREFORE, Defendant American Family Mutual Insurance Company respectfully requests this Court transfer venue of this case to the Northern District of Illinois. American Family also requests this Court grant any other relief it deems just and proper.

Dated: December 23, 2015                    Respectfully submitted,

/s/John A. Roberts
John A. Roberts (#6220432)
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive, Suite 4400
Chicago, IL 60606
Tel: (312) 212-6500
Fax: (312) 212-6501
john.roberts@faegrebd.com
*Attorneys for Defendant American Family Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December, 2015, I electronically filed the foregoing **DEFENDANT'S MOTION TO TRANSFER VENUE** with the Clerk of the Court to be served by operation of the Court's CM/ECF system upon all counsel of record.

By: /s/   John A. Roberts
John A. Roberts (#6220432)
FAEGRE BAKER DANIELS LLP
311 South Wacker Drive
Suite 4400
Chicago, IL 60606
Tel: (312) 212-6500
Fax: (312) 212-6501
john.roberts@faegrebd.com

*Attorneys for Defendant American Family Mutual Insurance Company*