**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| DANIEL KRUG, on his own behalf and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:15-cv-1354 |
| v. ) ) | Chief Judge Michael J. Reagan |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, ) ) ) ) | Magistrate Judge Donald G. Wilkerson |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant, American Family Mutual Insurance Company (hereinafter "American Family"), through its attorneys, hereby moves pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint filed by Plaintiff, Daniel Krug (hereinafter "Plaintiff"), with prejudice, because Plaintiff lacks standing to sue for a violation of the Illinois Insurance Code Section 155 (215 ILCS 5/155), the Complaint fails to plead fraud with the specificity required by Federal Rule of Civil Procedure 9(b), and the Complaint fails to state a claim.  In support of its motion, American Family incorporates its Memorandum in Support of Defendant's Motion to Dismiss the Complaint, filed contemporaneously herewith.

WHEREFORE, Defendant American Family Mutual Insurance Company respectfully requests this Court dismiss the Complaint, with prejudice.  American Family also requests this Court grant any other relief it deems just and proper.

Dated: January 7, 2016               Respectfully submitted,


                                     /s/John A. Roberts
                                     John A. Roberts (#6220432)
                                     Heather H. Harrison (#6299693)
                                     FAEGRE BAKER DANIELS LLP
                                     311 South Wacker Drive
                                     Suite 4400
                                     Chicago, IL 60606
                                     Tel: (312) 212-6500
                                     Fax: (312) 212-6501
                                     john.roberts@faegrebd.com
                                     heather.harrison@faegrebd.com

                                     *Attorneys for Defendant American Family Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of January, 2016, I electronically filed the foregoing **DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** with the Clerk of the Court to be served by operation of the Court's CM/ECF system upon all counsel of record.

      By:    /s/John A. Roberts
                  John A. Roberts (#6220432)
                  Heather H. Harrison (#6299693)
                  FAEGRE BAKER DANIELS LLP
                  311 South Wacker Drive
                  Suite 4400
                  Chicago, IL 60606
                  Tel: (312) 212-6500
                  Fax: (312) 212-6501
                  john.roberts@faegrebd.com
                  heather.harrison@faegrebd.com

                  *Attorneys for Defendant American Family Mutual Insurance Company*